UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : |
|---|---|
| | : |
| | : Mag. No. 18-3761 (MF) |
| v. | : |
| | : ORDER |
| | : |
| NAJEERAH CANTY | : |

This matter having come before the Court on the application of the defendant, Najeerah Canty, through his attorneys, Mack & Gil, LLC (by Anthony C. Mack, Esq., appearing) for an Order modifying the conditions of bail set on November 15, 2018, authorizing defendant's release on bond with conditions, and the United States (by Heather Suchorsky, Assistant United States Attorney, appearing) and Pretrial Services having consented to the proposed modification,

IT IS on this _____ day of December 2018,

ORDERED that the bail previously set is modified to allow defendant to relocate her residence to reside at: 15 Augusta Street, Irvington, NJ 07111

All other conditions of his release remain in effect.

_____
U.S.M.J.